Dismissed and Memorandum Opinion filed June 10, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00088-CV

____________

 

KURT SHIPLEY, JIM FRASER, RICHARD WILKEN, ROBERT
CANDITO, MARK OWEN, RUSSELL DES COGNETS, GEORGE STOVALL, TREY SHEPHERD and
TERRY HUCHTON, Appellants

 

V.

 

CONOCOPHILLIPS COMPANY, Appellee

 



 

On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 2007-34057

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 28, 2009.  On March 3, 2010, this
court referred the case to mediation.  On June 1, 2010, the parties filed a
joint motion to dismiss the appeal with prejudice because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed with prejudice.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.